**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 13 2019

JAMES W. McCORMACK, CLERK
By: _____
                            DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Western_ DIVISION

William Guelache _____

_____

_____
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO. 4:19-cv-634-BSM
(case number to be supplied by the assignment clerk)

CONAGRA BRANDS _____

This case assigned to District Judge _Miller_
and to Magistrate Judge _Deere_

_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, William Guelache _____, is a
   (name of plaintiff)
   citizen of the United States and resides at 601 West K Apt # 2 _____,
   (street address)
   Russellville , Pope , Arkansas , 72801 ,
   (city)       (county)    (state)       (ZIP)
   501 655 0989 .
   (telephone)

3. Defendant, CONAGRA BRANDS _____, lives at, or its
   (name of defendant)
   business is located at 3100 East Main Street _____, Russellville ,
   (street address)                                              (city)
   Pope , AR , 72802 .
   (county) (state) (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at <u>3100 East Main Street</u>, <u>Russellville</u>,
                 (street address)                  (city)

<u>Pope</u>, <u>AR</u>, <u>72802</u>.
(county)     (state)     (ZIP)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about <u>May</u> <u>4</u> <u>2018</u>.
                 (month)    (day)    (year)

6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about <u>May</u> <u>15</u> <u>2018</u>.
                 (month)    (day)    (year)

7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on <u>June</u> <u>13</u> <u>2019</u>, a copy of which notice
                 (month)   (day)   (year)
is attached to this complaint.

8.    Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) __X__ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) _____ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) __x__ failed to re-employ plaintiff following the investigation, when the other party involved in the matter was re-employed.

_____

_____

_____

9.    The circumstances under which the defendant discriminated against plaintiff were

as follows: Two employees were fired based on an alleged violation of "company policies". Following the investigation, the other employee was rehired on May 4, 2018 whereas the plaintiff was not offered such opportunity. Plaintiff maintains that his actions did not violate written policies or rules and that this incident was used a basis for discriminatory termination.

10. The acts set forth in paragraph 9 of this complaint:

(a) __X__ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) __X__ Defendant be directed to pay compensatory and punitive damages

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_William Gielyk_
SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | William J. Guelache<br>601 West K Street #2<br>Russellville, AR 72801 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2018-01393 | Vera Sumpter,<br>Investigator | (501) 324-6213 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*William A. Cash, Jr./VS*     **JUN 1 3 2019**

Enclosures(s)    **William A. Cash, Jr.,**<br>Area Office Director     *(Date Mailed)*

cc:
| Vickie Granade<br>HR Manager<br>CONAGRA BRANDS<br>3100 East Main Street<br>Russellville, AR 72802 | Scott Meyers<br>HUSCHBLACKWELL<br>190 Carondelet Plaza<br>Suite 600<br>Saint Louis, MO 63105 |
|---|---|