# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM GUELACHE**                                                            **PLAINTIFF**

**v.**                    **CASE NO. 4:19-CV-00634-BSM**

**CONAGRA BRANDS**                                                  **DEFENDANT**

## ORDER

The parties' Rule 26(f) deadlines, Doc. No. 19, are stayed pending resolution of the motion to dismiss, Doc. No. 6.

IT IS SO ORDERED this 16th day of December, 2020.

                                                                      UNITED STATES DISTRICT JUDGE