IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM GUELACHE**                                                                    **PLAINTIFF**

v.                          CASE NO. 4:19-CV-00634-BSM

**CONAGRA BRANDS, INC.**                                                            **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE