IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM GUELACHE                                                                           PLAINTIFF

v.                              CASE NO. 4:19-CV-00634-BSM

CONAGRA BRANDS, INC.                                                                  DEFENDANT

## ORDER

Conagra Brands, Inc.'s motion for costs [Doc. No. 72] is granted, and William Guelache is taxed $2,412.86 in costs. Federal Rule of Civil Procedure 54 grants district courts "broad discretion" over the award of costs to prevailing parties. *Little Rock Cardiology Clinic PA v. Baptist Health*, 591 F.3d 591, 601 (8th Cir. 2009). Conagra is a prevailing party and submitted a bill of costs for $2,412.86 in deposition related fees. Section 1920(2) permits recovery for "fees for printed or electronically recorded transcripts necessarily obtained for use in the case." I find that these costs are taxable because the depositions of Guelache and Jerry Rodgers were necessarily obtained for use in the case and were not purely investigative. *Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748, 762 (8th Cir. 2006).

IT IS SO ORDERED this 6th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE